UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,　　　　　　　Indictment No.  07-Cr.-907

          v.

                                               **NOTICE OF APPEARANCE**

JOHN MELICHAREK,

          Defendant.

-------------------------------------------------------X

      PLEASE TAKE NOTICE, that Defendant, John Melicharek, hereby appears in the above entitled action and that the undersigned has been retained as attorney for said defendant and demands that a copy of the Indictment and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  Garden City, New York
         November 26, 2007

                                         Most respectfully submitted,


                                         BARRY LEVIN (2079)
                                         Attorney for Defendant, Melicharek
                                         600 Old Country Road, Ste. 333
                                         Garden City, New York 11530
                                         516-222-4500