USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/08

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

RECEIVED
CHAMBERS OF
JAN 3 – 2008

January 3, 2008

**By Facsimile and Hand Delivery**

The Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street, Room 1620
New York, New York 10007

    Re:   United States v. John Melicharek, a/k/a "Rocky," et al.
           07 Cr. 907 (SAS)

Dear Judge Scheindlin:

    The Government respectfully submits this letter regarding the bail conditions for defendant John Melicharek. On December 12, 2007, the Court set a series of bail conditions for Melicharek, including a $5 million bond, 11 co-signers, and home detention with electronic monitoring. At the time of the hearing, the Government failed to request certain additional, relatively standard bail conditions, which it now requests by this letter. Specifically, the Government requests that Melicharek's bail restrictions include a travel restriction to the District of New Jersey (where Melicharek resides); the Southern District of New York (for court appearances only); and the Eastern District of New York (for visits with counsel only); as well as the surrender by Melicharek of his passport, and no new applications for any travel documents. I have spoken with counsel for Melicharek, who consents to this request.

*The bail conditions set forth in this letter are hereby So Ordered.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Elie Honig / Benjamin Gruenstein
Assistant U.S. Attorney
(212) 637-2474 / 2315

cc (by fax and e-mail):   John Meringolo, Esq.
                               Fax: (212) 202-4936

                               Barry Levin, Esq.
                               Fax: (516) 228-8120

/s/ Judge USDJ
1/3/08

TOTAL P.002