ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JOHN MELICHAREK,
  a/k/a "Rocky,"
MICHAEL IUNI,
DOMINICK MEMOLI,
  a/k/a "Shakes,"
ANGELO NICOSIA,
LOUIS PIPOLO,
DARDIAN CELAJ,
  a/k/a "Danny,"
ENED GJELAJ,
  a/k/a "Neddy," and
GJELOSH KRASNIQI,
    a/k/a "Jimmy,"

         Defendants.
- - - - - - - - - - - - - - - - x

S1 07 Cr. 907 (SAS)


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 03 2008

    WHEREAS, the above-captioned indictment was returned on December 18, 2007 and, upon application of the government, ordered to be filed under seal; and

    WHEREAS the Government has requested that the above-captioned indictment be unsealed;

    IT IS HEREBY ORDERED, that, the indictment docketed as S1 07 Cr. 907 (SAS) be unsealed.

Dated:  New York, New York
       January 3, 2008

SO ORDERED:

                          _____
                          UNITED STATES MAGISTRATE JUDGE
                          SOUTHERN DISTRICT OF NEW YORK