UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

JOHN MELICHAREK, et. al

      Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**
07 Cr. 907 (SAS)

TO:   Clerk of Court
        United States District Court
        Southern District of New York

     The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

          Respectfully submitted,

          MICHAEL J. GARCIA
          United States Attorney for the
          Southern District of New York

By: _____/s/_____
          Elie Honig
          Assistant United States Attorney
          (212) 637-2474
          Elie.Honig@usdoj.gov