LAW OFFICES
**BARRY LEVIN**
SUITE 333
600 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530

(516) 222-4500
FACSIMILE (516) 228-8120



BARRY LEVIN

JEANNIE L. BERGSTEN

WRITER'S DIRECT LINE

(516) 222-4502

February 8, 2008

RECEIVED
CHAMBERS OF

FEB 1 ~ 2008

JUDGE SCHEINDLIN

Hon. Shira A. Scheindlin
United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re: <u>United States v. John Melicharek</u>, 07-Cr.-907 (S-1)

Dear Judge Scheindlin,

Enclosed please find a courtesy copy of defendant John Melicharek's motion to compel certain discovery with respect to the above-referenced Indictment. We have chosen a return date of Wednesday, March 26, 2008 at 4:00 p.m. in order to facilitate the filing of the motion via ECF. However, if this date is inconvenient to the court, it is respectfully requested that defense counsel be advised of an alternative date convenient to the court.

Additionally, I write to respectfully request that the court modify Mr. Melicharek's bail conditions so that he may return to work as an ironworker. Mr. Melicharek has been advised that a job is available to him with D'Annunzio & Sons, Inc., located at 136 Central Avenue, Clark, New Jersey 07066, under the supervision of Ironworker Superintendent Mr. Michael Dinardo.

Mr. Melicharek would be working from 7:00 a.m. until 3:00 p.m. each day, Monday through Friday, and would be confined to the job site located at the entrance ramp to the Holland Tunnel, New Jersey Turnpike, Jersey City, New Jersey. The ongoing construction at the above-described job-site is projected to continue for approximately six months.

*Request denied. Bail continued*
*on original terms. So Ordered.*
*(cont.) MSD*
*2/20/08*

Currently, Mr. Melicharek is permitted to leave his residence only for visits to his attorney, Pretrial Services Officer and for medical appointments. Mr. Melicharek is the primary provider for his wife and two minor children. His current circumstances and inability to go to work has created a severe financial hardship for his family. As such, it is most respectfully requested that Your Honor modify Mr. Melicharek's bail conditions to allow him to take up gainful employment.

Therefore, it is most respectfully requested that Your Honor modify Mr. Melicharek's bail conditions to allow him to return to work as set forth hereinabove and set forth a date convenient to the court so that we may be heard with respect to the enclosed motion.

Most respectfully submitted,

BARRY LEVIN (BL2079)

BL/jlb
Enc.
cc:    AUSA Elie Honig
       Pretrial Services Officer Ken Rowan
       All defense counsel