LAW OFFICES
**BARRY LEVIN**
SUITE 333
600 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530

(516) 222-4500
FACSIMILE (516) 228-8120

BARRY LEVIN

JEANNIE L. BERGSTEN

WRITER'S DIRECT LINE

(516) 222-4502

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

March 17, 2008

Hon. Shira A. Scheindlin
United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re: <u>United States v. John Melicharek</u>, 07-Cr.-907 (S-1)

Dear Judge Scheindlin,

On behalf of Mr. Melicharek I write to respectfully request that the Court allow Mr. Melicharek to attend church services with his family on Sunday mornings.

Mr. Melicharek is a registered member of the St. Catherine R.C. Church located at 905 South Maple Avenue, Glen Rock, New Jersey. I attach hereto correspondence from Reverend Dennis J. Cohan, Pastor, evidencing Mr. Melicharek's membership in the parish. Mr. Melicharek respectfully requests permission to attend Sunday worship for approximately one hour per week, beginning with Easter Sunday services on Sunday, March 23, 2008.

Most respectfully submitted,

BARRY LEVIN (BL2079)

BL/jlb
Enc.
cc:  AUSA Elie Honig
     Pretrial Services Officer Ken Rowan
     All defense counsel

*[Handwritten judicial order:]* Request granted. Defendant may attend church services on Sunday. So Ordered. [signature] USDJ 3/19/08