USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08

LAW OFFICES
**BARRY LEVIN**
SUITE 333
600 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530

MAY 1 6 2008

JUDGE SCHEINDLIN

(516) 222-4500
FACSIMILE (516) 228-8120

May 16, 2008

BARRY LEVIN

JEANNIE L. BERGSTEN

WRITER'S DIRECT LINE

(516) 222-4502

Hon. Shira A. Scheindlin
United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re: <u>United States v. John Melicharek</u>, 07-Cr.-907 (S-1)

Dear Judge Scheindlin,

On behalf of Mr. Melicharek, I write to respectfully request that the Court allow Mr. Melicharek to attend his son John's high school graduation with his family on Thursday, June 19, 2008, from 6:30 p.m. to 8:30 p.m. at the Glen Rock High School, located 400 Hamilton Avenue/600 Harristown Road, Glen Rock New Jersey. Additionally a graduation party has been planned for Sunday, June 22, 2008 from 3:00 pm to 7:00 pm at the Glen Rock Inn, located at 222 Rock Road, Glen Rock, New Jersey. It is most respectfully requested that Mr. Melicharek be permitted to attend both the graduation ceremony and subsequent party with this family.

Secondly, Mr. Melicharek most respectfully requests that he be permitted to work on Saturday, May 17, 2008 from 11:00 am to 7:00 pm. Mr. Melicharek will be working for J. Anthony Equipment Co., 4201 South Clinton Avenue, Plainfield, New Jersey. The work site is located at 239 Coles Street, Hoboken, New Jersey and each Saturday thereafter until the commencement of trial.

It is my understanding that Pretrial services has been advised of and consented to Mr. Melicharek's requests. Additionally, Mr. Melicharek has been fitted with a GPS tracking device and is presently under 24-hour monitoring by Pretrial Services.

Therefore, it is most respectfully requested that Your Honor grant Mr. Melicharek's application for a modification of his bail conditions so that he may attend his son's high school graduation and add an additional day onto his present work schedule.

Most respectfully submitted,

BARRY LEVIN (BL2079)

BL/jlb
Enc.
cc:    AUSA Elie Honig
       Pretrial Services Officer Ken Rowan

*[handwritten:]* Defendant's request is granted. This work schedule is expanded to include Saturdays from 11:00am to 7:00 p.m. at 239 Coles St. in Hoboken, New Jersey. Defendant is also permitted to attend the graduation ceremony on June 19, 2008, and the graduation party on June 22, 2008.

Date: May 16, 2008
New York, New York

Shira A. Scheindlin
U.S. D.J.