

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08



RECEIVED
CHAMBERS OF
JUN 2 5 2008
JUDGE SCHEINDLIN

LAW OFFICES
**BARRY LEVIN**
SUITE 333
600 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530

(516) 222-4500
FACSIMILE (516) 228-8120

June 25, 2008

BARRY LEVIN

JEANNIE L. BERGSTEN

WRITER'S DIRECT LINE

(516) 222-4502

Hon. Shira A. Scheindlin
United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re: United States v. John Melicharek, 07-Cr.-907 (S-1)

Dear Judge Scheindlin,

On behalf of Mr. Melicharek, I write to respectfully request that the Court allow Mr. Melicharek to attend his parents' wedding anniversary with his family on Sunday, June 29, 2008, at 10:00 a.m. at Trinity Methodist Church, located at 113 Bay Street, City Island, New York. Additionally an anniversary party has been planned for the same day at 2:00 p.m. at the Lobster Box, 34 City Island Avenue, City Island, New York. It is most respectfully requested that Mr. Melicharek be permitted to attend both the church service and subsequent party with this family.

Mr. Melicharek has been fitted with a GPS tracking device and is presently under 24-hour monitoring by Pretrial Services.

Therefore, it is most respectfully requested that Your Honor grant Mr. Melicharek's application for a modification of his bail conditions so that he may attend a church service and party as set forth hereinabove for his parents' wedding anniversary.

Most respectfully submitted,

BARRY LEVIN (BL2079)

BL/jlb
Enc.
cc: AUSA Elie Honig
    Pretrial Services Officer Ken Rowan

*Defendant's request is granted. Defendant's conditions of bail are hereby modified so that he may attend the anniversary on Sunday, June 29, 2008 at 10:00 am and the party at 2:00 pm.*

SO ORDERED

Dated: New York, New York
June 25, 2008

Shira A. Scheindlin
U.S.D.J.