Jul 18 08 12:23p Law Offices Case 1:07-cr-00907-SAS   Document 116   Filed 07/21/2008   Page 1 of 1 p.2

RECEIVED
CHAMBERS OF
JUL 18 2008
JUDGE SCHEINDLIN

FILED
7/21/08

LAW OFFICES
**BARRY LEVIN**
SUITE 333
600 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530

(516) 222-4500
FACSIMILE (516) 228-8120

BARRY LEVIN

JEANNIE L. BERGSTEN

July 16, 2008

WRITER'S DIRECT LINE

(516) 222-4502

Hon. Shira A. Scheindlin
United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re: <u>United States v. John Melicharek</u>, 07-Cr.-907 (S-1)

Dear Judge Scheindlin,

On behalf of Mr. Melicharek, I write to respectfully request that the Court allow Mr. Melicharek to vacation with his wife and two sons in Manhattan from Wednesday, July 30, 2008 through Monday, August 4, 2008. Mr. Melicharek intends to stay at the Hudson Hotel, located at 358 West 58th Street, New York, New York (212-554-6000). Moreover, the family would like to spend one day at Cooney Island Beach during their stay, weather permitting.

I have communicated with AUSA Elie Honig who has expressed his consent to Mr. Melicharek's vacation request.

Therefore, it is most respectfully requested that Your Honor grant Mr. Melicharek's application for a modification of his bail conditions so that he may vacation with his family as set forth hereinabove.

Most respectfully submitted,

BARRY LEVIN (BL2079)

BL/jlb
Enc.
cc: AUSA Elie Honig
Pretrial Services Officer Ken Rowan

*Defendant's request is granted. Defendant may vacation in New York City and stay at the Hudson Hotel from July 30, 2008 through August 4, 2008. Defendant may visit Coney Island on one day during that week.*

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
July 18, 2008