**ALAN M. NELSON**
ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

August 5, 2008

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re: <u>United States v. John Mclicharek</u>
        Client: Michel Iuni
        07 Cr. 907 (SAS)

Dear Judge Scheindlin:

    Please accept this correspondence as a request to adjourn the sentence in the above captioned matter presently scheduled for August 28, 2008 to a date in mid-September convenient to the Court.

    The basis for the request is twofold. First, as the Court has been informed Mr. Iuni was recently arrested on State Court charges. That matter is presently being addressed. Second the request is made to facilitate the acquisition of documents and correspondence from the defendant's family and friends for submission to the Court in support of his application for the imposition of a non-guideline sentence pursuant to 18 U.S.C. 3553(a).

Respectfully submitted,

Alan Nelson

cc: AUSA Elie Hoenig (ECF)
    Michael Iuni (U.S.Mail)

*[Handwritten order:]* The defendant's request is hereby granted. The sentence previously scheduled for August 28, 2008, at 4:30 pm is adjourned to September 22, 2008, at 4:30 pm. SO ORDERED

Date: 8/11/08