

LAW OFFICES
**BARRY LEVIN**
SUITE 333
600 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530

(516) 222-4500
FACSIMILE (516) 228-8120

BARRY LEVIN

JEANNIE L. BERGSTEN

WRITER'S DIRECT LINE
(516) 222-4502

August 14, 2008

Hon. Shira A. Scheindlin
United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08

Re: <u>United States v. John Melicharek</u>, 07-Cr.-907 (SAS)

Dear Judge Scheindlin,

On behalf of Mr. Melicharek, I write to respectfully request that the Court allow Mr. Melicharek to attend the birthday celebration of his son, John, on Friday August 22, 2008.

Mr. Melicharek's son will turn eighteen on August 23, 2008. Mr. Melicharek and his immediate family would like to attend a birthday dinner at Ziata Praha, located at 31st Street, Astoria, New York (718-721-6422) on August 22, 2008, and then a baseball game at Shea Stadium located in Flushing, New York. The game is scheduled to start at 7:00 p.m.

I have communicated with AUSA Elie Honig who has expressed his consent to Mr. Melicharek's request.

Therefore, it is most respectfully requested that Your Honor grant Mr. Melicharek's application for a modification of his bail conditions so that he may attend his son's birthday celebration with his family as set forth hereinabove.

Most respectfully submitted,

BARRY LEVIN (BL2079)

BL/jlb
Enc.
cc:   AUSA Elie Honig
      Pretrial Services Officer Ken Rowan

*[Handwritten note:]* Defendant's request is granted. Defendant may attend the dinner at Ziata Praha in Astoria on August 22, 2008 and a baseball game at Shea Stadium on that day.

SO ORDERED:

Dated: New York, New York
August 14, 2008

Shira A. Scheindlin
U.S.D.J.