LAW OFFICES
## BARRY LEVIN
SUITE 333
600 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530

(516) 222-4500
FACSIMILE (516) 228-8120

BARRY LEVIN

JEANNIE L. BERGSTEN

WRITER'S DIRECT LINE

(516) 222-4502

RECEIVED
CHAMBERS OF
AUG 2 2008
JUDGE SCHEINDLIN

8/28/08

August 27, 2008

Hon. Shira A. Scheindlin
United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re: <u>United States v. John Melicharek</u>, 07-Cr.-907 (S-1)

Dear Judge Scheindlin,

    On behalf of Mr. Melicharek, I write to respectfully request that the Court allow Mr. Melicharek to attend a family Barbeque on August 31, 2008 at Wilde Memorial Park, located on Maple Avenue, Glen Rock, New Jersey, from 3:00 pm to 6:00 pm.

    Additionally, Mr. Melicharek most respectfully requests the court's permission to attend his son, Paul's football game on September 13, 2008 at Glen Rock High School, Glen Rock, New Jersey. The game is scheduled to start at 1:00 pm. Afterward, Mr. Melicharek respectfully requests permission to attend his own birthday dinner with his family at Ponte's restaurant, located on Debrosses Street, New York, New York at 8:00 pm.

    I have communicated with AUSA Elie Honig who has expressed his consent to Mr. Melicharek's request.

    Therefore, it is most respectfully requested that Your Honor grant Mr. Melicharek's application for a modification of his bail conditions so that he may attend certain family events as set forth herein.

Most respectfully submitted,

BARRY LEVIN (BL2079)

BL/jlb
cc: AUSA Elie Honig
     Pretrial Services Officer Ken Rowan

*Request granted. So Ordered. [signature] 8/27/08*