July 27, 2008

The Honorable Shira A. Scheindlin
United States District Court Judge
Southern District of New York

Dear Judge Scheindlin,

I am writing to you on behalf of John Melicharek. I met John more than a decade ago when I was coaching his two sons John and Paul, in the town junior football program. John and his lovely wife Sandra were very supportive parents and were always the first to volunteer their time in anyway they could to help the program. On game days you could always find Sandra working the snack stand while John was usually on the sidelines helping out the officiating crew. I will always remember John coming up to the coaches after the games and just sincerely thanking us for coaching his sons, whether we won or lost ( I can assure you this is not common practice among parents these days). At the end of every football season, it was John who personally organized and sponosored a coaches apprecation dinner. Over the years, this became an event that the coaches and parents truly looked forward to, and it has become a welcome tradition in the town youth football program ever since.

I guess the one thing I really want you to know about John can best be seen through his son Paul, and was told to me by my son Teddy, Paul's classmate and team mate since the third grade. I asked Teddy recently, who do you think should be the captain of the football team this year? He said, "Dad, Paul is the leader of the team, and I'm voting for him for captain. We all know he is having a tough time and is hurting, but he still works harder than anyone else, and we are all pulling for him and his family no matter what". John and Sandra must have been doing something right to have such a great kid like Paul.

Please give John your utmost consideration, because he has been a good volunteer in the community and has a family that loves him very much!

Sincerely yours,

Robert Palm

President, Glen Rock High School Booster Club