August 12, 2008

To Whom It May Concern,

My name is Clifford Rinbrand. I own a water well drilling company, established in 1919, and handed down through my family. I have worked at Rinbrand Well Drilling Co. for thirty –one years.

I have known John Melicharek since I moved across the street from him in 1998. We became friends right away and have since done many family things, home projects and friend things together.

Whenever I needed a hand putting up rock walls, putting the deck on my house, taking trees down, putting up a swing set, moving furniture, etc. he was always right there to give me a hand. He also watched out for my house and family, when we were away. He has mopped our basement during a nor'easter while we were away, rounded up our dog when she got loose and could always be counted on to drop everything and help out in a time of need.

In addition, we watch football together, golf together, celebrate birthdays, special occasions, and many holidays together with our families. We also have had dinner together often as we are close friends.

He has consistently been a special person throughout my three children's lives. I remember vividly John playing with Thomas the Train (and Toby and Gordon, too) as my youngest daughter sat on his lap. He always hooked her up with videos when we would go to eat as his house and would even take time to watch them with her. He has even babysat when needed. All of my children love John and think of him, Sandra and the boys as part of their own family.

He always thinks of his family. I have seen him build a tree house for his kids, put up basketball hoops, finish his basement, play football, baseball, basketball, and attend all the boys' sporting and musical events. He is proud of his sons and very involved in their lives.

He also is very supportive of his wife, Sandra, as he supported her in her career change from an engineer to a special education teacher. He helped by watching the boys so she could attend school and do the required assignments. He would help clean and cook or do what ever needed to keep the household running nicely. John works with Sandra to improve their house and yard. They have put down floors together, planted bushes, put up a fence, trimmed hedges, cut down trees, replaced patios and walkways, etc.

If John is incarcerated for a long time it will be devastating to Sandra and the boys. The boys are in their teens and they need his presence and support during these very difficult years. Young John has just graduated high school and will be beginning The Art Institute of New York in September. Paul is a senior in high school and will be looking to attend college next year. John is needed home to guide his children through these challenging years. Also, Sandra has just begun a new position and although she is strong and admirable, she needs John home for his support with the boys and her new job, as well as to help the family run as she is still attend post-masters classes for her Supervisor certificate.

**The shorter the amount of time he is away would benefit his sons and wife immensely.**

Sincerely,

*Clifford A. Rinbrand*

Clifford Rinbrand