12th of August, 2008

Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street, Room 1620
New York, New York 10007

Re:  United States vs. John Melicharek

Dear Judge Scheindlin,

My father, John Joseph Melicharek, has not only been a patron to the community but a necessity and love to his family and friends.

As a child, my father was not brought up in the best neighborhood and was not always supplied with the help he needed as a confused teenager. Although with adversity in his life, my father was able to make a successful life for himself. It is not that of a CEO or a fancy banker but a father who works for what he loves, his family.

As a senior going into high school, not everyone would be able to handle their father leaving the house and his family. My father has taught me, because of the predicament life has brought to him at this time, to have strength and the will to keep succeeding in life. Although my family and I are very strong and we stay bonded by our family values, we need our father to be home as soon as possible. He does so much for us and loves us so much. Memories that our dearest to me and are the backbone of why I need my father to come home soon is hearing his distinct and meaningful voice in the stands of my football games, cheering me on and keeping me going on the field and indirectly, in my life. It seems without my father in the house, there will be something missing in my heart. It is a feeling that no one can really relate to but can be healed with the hope of my request being fulfilled by the reader.

John Melicharek is not only a family man but a man of life. I love my father. Please thoroughly and sincerely consider this letter.

With the most sincerity,

Paul Melicharek