To: Whom It May Concern
RE: John Melichanek
From: Joseph N Pecora
85 Marion Ave Yonkers NY 10704

I met John in Alcoholics Anonymous around February 1989. We immediately bonded and became meeting buddies. We talked and shared our common problem which was Alchol. We Had identified with similar feelings in regards to our Drinking. Even though our stories were diffrent the feelings were the same. I found someone I could confide in and He found the same in me. We became such good friends that I considered Him more as a brother then my own Blood Brother. I met John's family and they became my family. We spent lot's of Time with His family at parties and summer getaways. We shared a lot of love and respect for each other. After about 6 months coming to Alcoholics Anonymous Together, John and I thought we could Drink Aspin. I lasted only about four weeks Drinking and surrendered

To the fact I couldn't Drink Anymore. Even Though John Did not He supported me to keep on going and was instrumental in Helping other Friends of ours. John Had married a beautiful young lady who is Sandra, and Had Two Boys with Sandra whose names are John and Pauly. They call me Uncle Joe. John loves his wife Sandra dearly and His boys even more. I know what a great Father + Husband He is. I know by His actions + comitment To family, John can commit to stop Drinking. I know my Drinking caused me and my family such heartache as so with John. I know I've been spared from actions I committed over the years Due to my Drinking, is only but For the Grace of God. John unfortunately is paying a very big price for his Drinking. I think this alone will have Him to stay commited to doing the Things that are Good for Him and that starts with not Drinking. I know what it is To stay sober and what Tools I need To use. I also know I can pass this program along To John To help Him along His way. I know in my Heart He will accept my help and the Help of others in the Fellowship of A.A.

I've seen many people come in and out of the rooms of AA over the past 19 yrs and I know there is hope for all of us. I know each day is precious and should be received as a gift. I also know from being in the rooms of AA each of us comes a different way. Once we get here, It does not matter how we came but what we do in order to stay. All we need to do is not drink and go to meetings

Sincerely

[signature]