

# VAN NEST - LITTLE LEAGUE
# VAN NEST - SENIOR LEAGUE
### DISTRICT #22   BRONX, NEW YORK



HONORABLE JUDGE,

WE ARE WRITING THIS LETTER ON BEHALF OF

MR. JOHN MELICHAREK .WE WOULD LIKE TO LET YOU

KNOW THAT HE WAS A MEMBER OF VAN NEST LITTLE

LEAUGE FOR MANY YEARS. HE WAS ALWAYS A VERY

WELL LIKED AND RESPECTED MEMBER OF OUR LITTLE

LEAGUE FAMILY.

WE ALSO KNOW HIS PARENTS BROTHER & SISTER

TO BE A WONDERFUL FAMILY. WE HOPE YOU TAKE ALL

THIS INTO CONSIDERATION WHEN MAKING YOUR
DECISION .

RESPECTFULLY,

ANTHONY AMAROSA
VICE PRESIDENT
July 17, 2008

136 CENTRAL AVENUE • CLARK, NEW JERSE __ 066 • (732) 574-1300 • FAX (732) 574-1244
www.dannunziocorp.com


**D'ANNUNZIO**
**& SONS. INC.**
**CONTRACTORS • ENGINEERS**

The Complete Heavy Construction Company
An Equal Opportunity Employer

Honorable Shira A. Scheindlin,

I am writing this letter to express my opinion of JOHN MELCHAREK.  John has worked for me for over 5 months. He always showed up for work and was always on time. He displayed and handled himself in a hard working pleasant manner all of the time. He was always willing to help out.  We were looking forward to hiring John back when work picked up again.

Sincerely,
Michael DiNardo

Ironworker Superintendent

Lawrence Jay Kessler, D.O., F.A.C.E.P
3323 Judith Drive
Bellmore, New York, 11710

August 10th, 2008

The Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street, room 1620
New York, New York 10007

**Re:     United States v. John Melicharek**

Dear Judge Scheindlin

I met John Melicharek in the winter of 1993. As a physician, I had encountered many young adults not ready to handle themselves in mature situations. This young father of 2 small boys immediately impressed me with a sense of dedication, respect and wisdom I've come to understand much later in life. His hard work ethic, loving devotion to family and generosity became unmistakable very early in our ensuing friendship, now familial bond as brothers-in-law.

John has always been a name of reliance, integrity and dependability. Throughout the years, he has been a source of pride and accomplishments for his parents, brother and sister and friends. When family unit issues arise, it is usually John and his sister, my wife who mediates, resolve and supports the matters with patience and persistence. Together, we have endured much, grown and stand unified. John has the unmistakable ability to complete acts of random kindness which can only be described as altruistic. Whether it's surprising a three year old niece at her dance recital two hours away or silently buying all the cookies on the order sheet for the scouts, John knows how important the little things are in life.

After 17 years of knowing John Melicharek, this legal predicament is clearly a marked deviation from the John I have come to know and love. As we all must take responsibility in our lives for our actions and there repercussions, I sincerely hope we are valued and remembered for our contributions and successes far more than our faults and mistakes. I implore this court to reflect upon the goodness of John Melicharek in rendering a just and reasonable sentence.

Sincerely,

Lawrence J. Kessler, D.O.

Mariann Melicharek, M.D., F.A.C.E.P
3323 Judith Drive
Bellmore, New York, 11710

**August 6, 2008**

**The Honorable Shira A. Scheindlin**
**United States District Judge**
**500 Pearl Street, room 1620**
**New York, New York 10007**

Re:      <u>United States v. John Melicharek</u>

Dear Judge Scheindlin,

I write on behalf of the defendant, Mr. John Melicharek. I have known John Melicharek all my life, he is my baby brother. As a child John was a warm, attentive and active young man in our community, in sports and an integral part of our immediate and extended family. His teen years were bridged by a dedication to boxing as he was coached by a man who would become a lifelong mentor and friend.

John has always been a source of tremendous strength and support as our family weathered a sibling who battled with severe depression, parents with intermittent medical issues as well as the usual trials afflicting families in these difficult times. John remains a loyal and dedicated son, brother, husband, father and friend. Over the past 18 years, John and his wife Sandra have raised sons who have leapt beyond expectations and diagnosis of learning disabilities to honors in high school at graduation. The eldest son, John, begins school this fall at the Art Institute of New York City on scholarship, while the younger son, Paul, begins his senior year, letterman on varsity football with hopes and expectations of college in his eyes as well. This work ethic is a mainstay in the Melicharek household. As a proud union member iron worker, Johns' day begins around 4am and despite arriving home after 8pm nightly, his attention to family never ceases.

As an emergency physician, I am faced with life altering moments on a regular basis. This has often led me to introspection regarding the value of life. What we are remembered for is how we touch a life! John has been a devoted man who many will say have enriched their lives and smile from happiness when his name is mentioned. His family loyalty and generosity with time, commitment and assurances is clearly reflected in the overwhelming support he received as both family and friends pledged their homes, businesses and life savings in his search and hopes of justice.

Since John was released from his incarceration, he has spent his efforts and time seeking permission to work, worship and support his family. By the courts grace, he has

Mariann Melicharek, M.D., F.A.C.E.P
3323 Judith Drive
Bellmore, New York, 11710

attended a son's graduation from high school, celebrated his parents 45 years of
matrimony and begins plans for a family's uncertain future. His act in accordance with all
court mandates and rules in a respectful manner *is* John Melicharek.

Clearly, it is not solely John who stands and awaits your judgment; it is his
devoted mother, father, sister, brother, wife and children, as well as close friends who
respectfully stand united in consideration of the tempered justice of this court.

Sincerely,

Mariann Melicharek, MD, F.A.C.E.P

LAW OFFICES
OF
**JOSEPH M. DEGUARDIA**
991 MORRIS PARK AVENUE
BRONX, NEW YORK 10462
———
(718) 823-2000

FACSIMILE: (718) 823-6330
DeGuardiaLaw@verizon.net

JOSEPH M. DEGUARDIA

NEW YORK CITY OFFICE
50 BROADWAY
32ND FLOOR
NEW YORK, NY 10004
———
OF COUNSEL
MITCHELL SCHUSTER
ANTHONY E. CORE

August 5, 2008

Judge Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl St., Room 1620
New York NY 10007-1312

Re: John Melicharek

Honorable Judge Scheindlin:

I have been asked to write a letter of recommendation for John Melicharek, as it is my understanding that he is awaiting sentencing. I have no familiarity with his case or the charges brought against him, and I speak only to my knowledge of him over the years. I have known him since my days as a boxer, as we sparred together on various occasions at boxing gyms in Westchester and the Bronx.

While we have gone separate ways since the days when we sparred together, I have run into John on several occasions. Throughout my years as an assistant district attorney, practicing attorney, and active member of the boxing community, I have always been involved in boxing youth programs. Throughout those years, whenever I saw John, he has always been quick to offer any assistance we needed for the children. He has offered both his time and financial support in the hopes of assisting the youth programs. Although we never took advantage of John's offers, I feel his intentions to help the kids were genuine.

Should you have any further questions please do not hesitate to call.

Very truly yours,

Joseph DeGuardia

JMD/rs

The Honorable Shira A. Scheindlin                          August 11th, 2008
United States District Judge
500 Pearl Street, Room 1620
New York, NY 10007

Re:   United States v. John Melicharek

Dear Judge Scheindlin,

    My name is John Melicharek Jr. and I am writing on behalf of my father John
Melicharek Sr. I am 17 years old and have just graduated from Glen Rock High School and
plan to attend The Art Institute of New York City in October. The Dad that I know is not the
person that the current situation makes him seem to be. To some that may be all he is, but to
me he is the most loving caring father anyone could have. I have looked up to him my entire
life and have seen him as the perfect father figure.

    He has always been so good to my brother, mother, and I. Since I was born he has
done nothing but try to make my life as amazing as possible. As I write this letter I think of all
the good times  me and my Dad have had. I think of taking limousines to hockey games with
him and going his favorite restaurants all over the city. I've looked up to him my whole life. I
would very rarely even hang out with my friends through out Junior High. All I wanted to do
was hang around my dad and go to The Bronx with him and run errands or go to Harlem and
get some pizza at Patsy's. It was like going on a little vacation for the day when I would hang
out with him.

    Though I do not spend as much time with him as I used to, I still look up to him just as
much. Now knowing that he will be leaving us for some period of time I wish that I continued
to spend that much time with him while I was in High School. I would give anything for him to
stay home so I could make up for not continuing to spend all that time with him, but I know
that it is not possible for that to happen. I just ask you to please consider how much
emotional stress and financial stress my father being in prison will cause to my brother,
mother, and I.

Sincerely,

John Melicharek Jr.

8/7/08

To Whom It May Concern:

I would first like to present you with background information on myself. I am 70 years old and a Retired Federal Employee (specifically Department of Education). In all I was employed for 46 consecutive years (the last 15 in Federal Service). While employed with 3 children, I went to school at night to obtain a B.A.

Prior to my working career, I served in the Military and received an Honorable Discharge. I was involved with one of our local Little Leagues, in different capacities, for 13 years. During my lifetime I have never been arrested. While in Federal Service, I traveled all over the country. While traveling I drove in all weather conditions and terrain, without incident.

Up to this point in the proceedings regarding my Son, John, he has been pictured in a very negative way. There is another side to John. He is a generous, caring, giving and family oriented person, among other positive things. Being his Father, I am definitely concerned about his future, especially in his relationship with his wife and sons.

If at all possible, I would appreciate if consideration could be made to have John serve his time in a location that is as close as possible to his to his family. In addition, it would be very helpful, if either vocational or academic education (or both) be available to him. John is an intelligent person and this would allow him to use this intelligence in a constructive way. I feel that this would really help him in being in the best position possible, to rehabilitate himself and benefit his future.

At this point, I would like to thank the court for its courtesies and considerations.

Sincerely,

George Melicharek, Sr.

The Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street, room 1620
New York, New York 10007

Re:    <u>United States v. John Melicharek</u>

Dear Judge Scheindlin,

I write on behalf of my son, the defendant, Mr. John Melicharek. John is the youngest of my three children.

As a young child he struggled a lot. He attended a special school when he was 2 years old. He needed small classes but living in the Bronx there was not access to get treatment for this kind of child. He attended Catholic school where he struggled very much with learning disabilities that were not recognized. As a young adolescent he was transferred to a public school where he was badly beaten up by some other students. As a result, he went to Colombia to spend some time with my family. When he returned he went back to public high school and earned a general equivalency diploma.

John has always been a hard worker. At fourteen years old he had a job delivering papers in the neighborhood saving every penny he earned. He then worked for a mason and after that worked for a wholesale flower company. I worked for the same company and unfortunately we had a horrific experience being robbed and locked up in the flower refrigerator. This of course had a long term negative effect on both of us. After some time, we opened a small florist where we worked very hard.

John married a wonderful girl named Sandra. They had their first child John and a year later their second child Paul. Paul also had learning disabilities. John and Sandra decided to move to New Jersey because the schools were better for children with disabilities. This was a real success. Paul got much better and was able to attend regular school. They are both wonderful children. John-John will attend the Art Institute of NYC in the fall and Paul will be graduating next year and going on to college as well. John loves his boys very much. Together with his wife, they have done a wonderful job.

John likes to work and enjoys his job very much. It is not an easy job but he is proud to work hard and provide for his family.

John is a good brother, friend, father, son and husband. I am a very religious person and pray for him every day that his time will not be too long. I want to thank you for giving me your attention.

Sincerely,

Carmen Melicharek

The Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street, room 1620
New York, New York 10007

Re:    <u>United States v. John Melicharek</u>

Dear Judge Scheindlin,

     I write on behalf of the defendant, Mr. John Melicharek.  I am John's older brother.  John and I grew up in a tight knit and busy family – our father, mother, older sister and at any given time grandparents, aunt, uncles, and cousins living with us at various times.  As people grow older, life becomes increasingly complicated and these complications can cause relationships to change.  This serious and unfortunate situation my brother has found himself in is no exception as it has brought us closer together.

     My brother John is an honest individual who is hard working and tremendously devoted to his family.  This is demonstrated by his lifelong effort to provide a better life for them.  For John, as well as for so many others, this was quite a struggle on working class wages and barely a high school education.  However he always persevered.  He worked well beyond the normal shift to alleviate the financial strain created when his wife had to stop working to care for their younger son who was diagnosed with a disability.  Their devotion to this child resulted in an almost miraculous end with their son becoming an honor student and a star athlete.  They were equally devoted to their older son who has also made everybody proud by developing into an extremely talented artist who excels in both visual and performing arts.

     These awesome achievements might not have been possible without having been raised by two of the greatest parents in society.  These of course are my brother and his wife.

     The charges brought against my brother seem so incomprehensible to me when I think of his life of hard work and devotion to his family.  I hope the court will consider the man I know John to be when sentencing him.

                        Sincerely,

                        George Melicharek, Jr.

Jose P. Lizarazo
186 Beach Street
Bronx, NY 10464

August 7, 2008

## CHARACTER REFERENCE LETTER

The Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street, room 1620
New York, New York 10007

Re:     United States v. John Melicharek

Dear Judge Scheindlin,

I am writing this letter on behalf of my nephew, John Melicharek whom I have known since he was born on September of 1970. I work in the Digital Printing Industry and John has always tried to help in anyway he could. When I came back to the States after a long career abroad, John helped me get back on my feet and did everything he could to make sure my family and I could keep afloat, which is something I can never forget.

John was brought up in a Catholic environment, going to the local parochial school of St Clare's in the Bronx, where he was taught the Catholic values that help you get through life as a good, respectful and upstanding individual. He later met and married a wonderful woman and had 2 fantastic children, both of whom are true examples of kids that have been brought up in a respectful Catholic home.

I think that John has done an excellent job as head of his household in providing for his family and bringing up his children in the best environment he could possibly provide. He is a hardworking individual who throughout the years has put his family first in all his actions and thoughts. Although I am not fully aware of the charges against him, I find it hard to comprehend that a person that has dedicated his entire life to his family and his parents could do deeds that would totally go against everything he has always taught at home. I respectfully request that these thoughts be part of the decision process when Mr. Melicharek goes before this court.

Respectfully,

Jose P. Lizarazo

186 Beach Street
Bronx, New York  10464
August 7, 2008

The Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street, Room 1620
New York, New York  10007

     Re:  United States v. John Melicharek

Dear Judge Scheindlin,

     I've known John Melicharek all of his life.  John is my husband's nephew and it was a pleasure watching him grow up.  In his young years John spent summer vacations with us and we never had any trouble with him.

     John has a wonderful sense of humor, gusty laugh and a twinkle in his eyes when telling a joke.  John was a smart, determined young man with tremendous will power to accomplish anything he put his mind to.

     When John married his wife Sandra he was and still is a dedicated husband and excellent father to his boys John and Paul.  Both boys have grown into fine young men.  John's inner goodness is reflected in his wonderful wife and his two upright sons.

     Recently I know that John was working with the steel workers union and never missed a day's work in 18 months before he took a vacation.  He has always been a productive and responsible individual who works hard to provide and care for his family to the best of his ability.

     I'm saddened to hear that John is in a situation of this magnitude and can't imagine that after the good I have seen him do in his life he is in this situation with our criminal justice system.  I respectfully request of the Court that these thoughts be considered.  Thank you.

     Sincerely,

     Maureen Lizarazo

186 Beach Street
City Island NY 10464
August 10, 2008


Character Reference Letter


The Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street, room 1620
New York, New York 10007


Re:  United States v. John Melicharek


Dear Judge Scheindlin,

I am writing on behalf of my cousin John Melicharek. I have known John all of my life. John is one of those cousins that no matter what the situation, he is always there to lend a helping hand or share some advice. Ever since I was a boy, I always looked up to John as if he were my older brother. He has been a role model of mine throughout my life; from his caring personality to his insistence for helping others.

Throughout these past few years, I know that John has been working with the steel workers union. I can say from my own experience of picking John up for work at five o'clock in the morning in order to drive him to Manhattan, that being part of the steel workers union takes determination and an unbelievable amount of hard work. These qualities that John possesses prove that he has and always will be an individual who is determined to provide for his family and help others.

John and his wife Sandra have also done a great job with raising their two sons John and Paul. With their father as a role model and someone to guide them through life, I have no reservations in saying that John and Paul will continue to grow-up as exceptional individuals.

In conclusion, I respectfully request of the court, that these thoughts are taken into consideration.


Sincerely,

Joseph Patrick Lizarazo



INFLUENCE COMMUNICATIONS GROUP
35 West 45th Street
New York, New York 10036

212.354.6123 P
212.354.6127 F
influencecreative.com

July 10, 2008

Character Reference for
John Melicharek

To Whom It May Concern:

It is with a heavy heart that I write this letter.  We are a proud and close knit family that has maintained a level of Integrity and values and there is no greater honor than passing that mindset on to our children.

I consider John Melicharek to be one of my children - he was handed over to me shortly after birth and I clearly recall the instantaneous love and devotion that to this day, time has not diminished.  I was honored to be his Godmother - a responsibility I would take seriously as I always included him in my daily life regardless of where my career would take me, I always made time for John.

John has always displayed a tenacity for the impossible – whether it was his love of boxing or his desire to overcome the odds, John developed an enormous discipline and trained his mind to overcome pain.  His lack of interest in academics was not due to his inability, but simply put his mind did not process information and our world today is much better equipped to manage learning disorders.  His thirst for success was only superseded by his desire to make something of himself and be of value.  A desire we can all relate to at various times in our lives.

Proprietary and Confidential



INFLUENCE COMMUNICATIONS GROUP
35 West 45th Street
New York, New York 10036

212.354.6123 P
212.354.6127 F
Influencecreative.com

While John struggled to find his place in the world, he was handed the
golden egg when he met Sandra. Talented, beautiful and incredibly smart
she saw John as his true self – completely loyal, hardworking with a burning
desire to achieve more. The balance of these two personalities was the
divine intervention we all seek and the family they created as a result of
their love was second to none.

John became not only a devoted husband but a loving father that would
shower his boys with love and affection while still being able to discipline
them throughout their various childhood challenges. I have admired his
tenacity once again as he balanced the demands of home, fatherhood and
work all at the same time.

Clearly John has taken a wrong turn and while I can speak to all his
attributes, I have not seen or been privy to any of his wrong doings. The
person I have known and loved throughout these decades has never
displayed once irrational behavior. He has been a loving husband, devoted
father, caring son and best of all a compassionate brother always eager to
help his brother during his troubles.

And so what I would strongly request at this point is to show that same
compassion to all of us who are his family and who depend on his very
existence for love and support. For the sake of his two wonderful boys who
need their father during these difficult formative teenage years and for the
sake of his parents (my sister) who is reaching the twilight of their lives,
and need their son now more than ever. We as his family stand beside him,
vouch for him and would be willing to give of ourselves if the court would
provide the leniency and understanding he deserves.

I understand that each of us who has gone against the law must pay for
those wrongs, but the bigger question is does the punishment fit the crime
and how can we prevent future wrongs? From all that I have read, the
more time one spends in prison, the more likely they are to return to a life
of crime. The rehabilitation must come with compassion and understanding
of why these crimes occurred to begin with.

Proprietary and Confidential



INFLUENCE COMMUNICATIONS GROUP
35 West 45th Street
New York, New York 10036

212.354.6123 P
212.354.6127 F
Influencecreative.com

I would respectfully request that my suggestions be considered as thought is given to his sentencing. I thank you for your time and please feel free to call upon me if the need arises.

Sincerely,

Amparo Lizarazo-Sizemore
Managing Partner

CHARACTER REFERENCE LETTER

**The Honorable Shira A. Scheindlin**
**United States District Judge**
**500 Pearl Street, room 1620**
**New York, New York 10007**

**Re:    United States v. John Melicharek**

**Dear Judge Scheindlin,**

**I write on behalf of the defendant, Mr. John Melicharek.**

I am sure that your court calendar is very busy and you handle many, many criminal cases each day.  I can also image that many of the nuances of each of those cases can start to meld together after time. The purpose of my letter is to respectfully ask that you remember that each case is unique and has it's own set of circumstances and those unique circumstances warrant a review independent of other similar cases.

As John Melicharek's uncle, I have known John for over 25 years.  During those years we have all been concerned about the choices that John has made in his life.  As can be expected, those choices now have some very serious repercussions for him.  The court must now decide on an appropriate punishment for John's lifestyle choices.  I cannot image the weight that you must have on your shoulders each and every day to balance the rights of our society to be free from violence and fear with the spirit of the concept of "the punishment should fit the crime".

Over the course of the last few months I have had many discussions John about how he arrived in this terrible situation.  Looking back over his life it is easy, in hind sight, to see how he fell in with the wrong crowd early in life and followed their lead down a path of self destruction.  I don't mean to speak for John but I do believe he understands that his actions cannot be blamed on others and as is represented by his guilty plea, he is accepting of the consequences of his actions.

Judge, I wish you could know the "other" side of John which is a very caring father to his boys, a loving husband and a very devoted son to his parents. And if you ask any of his neighbors he is a very thoughtful and involved member of his community.  There IS another side to John other than what has been presented to the court.

Unfortunately, John is not the only person who will be punished for his actions.  His two teenage sons will have to endure his absence at a critical time in their lives when they need a father figure and his wife will find herself a single mom trying to make ends meet while raising two boys.  This issue weighs very heavily on John.

I honestly believe that John is very remorseful for his actions and the pain it has caused all parties involved. I also honestly believe that he is prepared to get on the right track with his life once he has paid the price for his actions.

Therefore, I am respectfully asking that you show some consideration to these thoughts as you decide an appropriate sentence for John. A lengthy incarceration for John is not necessary to deter a repeat offense.

Sincerely,

Ronald Sizemore
211 Union Ave.
Harrison, NY 10528

August 5, 2008

To Whom It May Concern:

       It is unfortunate that John Melicharek's situation affects not only him but his family. My sister Sandra and her two sons will be under great stress for all the time that they are separated from John. The shorter this amount of time is the better, since once he is reunited with them; they will have to start rebuilding their lives together. The sooner John can return to his family, the sooner he can make a fresh start for himself and for his wife and children.

Sincerely,

Michael Collins

*Lynda M. Scales*
*12 Telegraph Lane*
*Sayreville, NJ 08872*

August 8, 2008

Dear Sir/Maam,

I know John Melicharek since 1989 and know him to be a good father,
husband, and brother-in-law. It would be a great hardship on my
sister-in-law, John's wife, if her husband is not home with her. It would
be an even greater hardship on my nephews, John and Paul, if their father
is not home with them.

Sincerely,

*Lynda M. Scales*

August 8, 2008


Dear Sir/Maam,

I know John Melicharek since 1989 and know him to be a good father,
husband, and brother-in-law.  It would be a great hardship on my
sister-in-law, John's wife, if her husband is not home with her.  It would
be an even greater hardship on my nephews, John and Paul, if their father
is not home with them.


Sincerely,

July 17, 2008


**The Honorable Shira A. Scheindlin**
**United States District Judge**
**500 Pearl Street, room 1620**
**New York, New York 10007**


Re:    <u>United States v. John Melicharek</u>


**Dear Judge Scheindlin,**

I have known John Melicharek for over 18 years. He is married to my sister Sandra, and father to my two nephews John (age 17) and Paul (16). It is with great sadness and difficulty that I write this letter, knowing that John has had to make a very hard decision, but did so in the best interest of his family.

I know no other John Melicharek than the one who loves my sister devotedly, and is a dedicated, loving, kind, caring father to his two boys. He is a wonderful brother-in-law to me, and uncle to my sons.

I believe the only thing that has gotten him through these last few months, is his love for his family and his faith that God will take care of them when he cannot. He has been working these last few years in a physically challenging job with the Steel Workers Union, and actually enjoys the work. He is not afraid of hard work to make an honest living and provide for his family. His great pride in my sister's accomplishments as a Special Education teacher, his older boy's recent graduation from high school, and his younger boy's football dreams and college goals are evident every time I see him.

Even at the lowest points of the past year, John has always asked about my well-being, my ongoing battle with Multiple Sclerosis, the health and well fare of my own family, and always wishing he could help us out in some way. I have spent many hours talking to him about the important things in his life – family, faith, good friends, and his main concern is always how he can make things right and go back to living the "good" life he has been enjoying. That is a life of taking care of his family, working hard, fixing up their home, watching their one son's football games, taking pleasure in the other's love of music and art.

Please consider what he means to us. Please consider all the good he has done, and all that he still has to offer all of us. Please take a close look at the John Melicharek we know and love when you are about to make what I know is difficult and serious decision.

Thank you for your time and God Bless you in the important work that you do.

Paula Collins

July 17, 2008

**The Honorable Shira A. Scheindlin**
**United States District Judge**
**500 Pearl Street, room 1620**
**New York, New York 10007**

Re:     <u>**United States v. John Melicharek**</u>

**Dear Judge Scheindlin,**

We are writing on behalf of our Uncle, John Melicharek. He has been and always will be one of the best Uncle's ever. Always interested in what we are doing – school, sports, music. Always quick to make us laugh and tell a good story. But most importantly, always quick to encourage us and compliments us on our achievements. He has also been so kind to our mom Paula who has MS and sometimes needs a lift to a doctor's office, or just someone to talk to on the phone. Uncle John always makes her smile.

We do not know how he got into this awful situation, but we know that he doesn't deserve to be separated from his family. His wife, our Aunt Sandra and his two boys, our cousin's John and Paul need him every day of their lives. We cannot imagine how it will be for them without him.

Please give him a chance to show you and everyone else what a great guy he is by giving him a fair sentence and letting him get back to taking care of his family as soon as possible.

Thank you for taking the time to read this.

Gary Kozlowski

Kyle Kozlowski

<u>CHARACTER REFERENCE LETTER</u>

The Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street, room 1620
New York, New York 10007

Re:    <u>United States v. John Melicharek</u>

Dear Judge Scheindlin,

I write on behalf of the defendant, Mr. John Melicharek. I have known John Melicharek for over 19 years. In those 19 years, I have watched him be a wonderful husband to my sister, Sandra, and a dedicated father to his two sons, Paul and John, Jr. He has been a loving brother-in-law to me and son-in-law to my parents.

As a husband, John has always been there for my sister, particularly when our father passed two years ago. John is very supportive of Sandra's career as a special education teacher, and has provided strong family support as Sandra pursues a masters degree at nigh school.

As a father, John has attended his sons' activities from sports to music. Paul was diagnosed with autism at a young age and John, along with Sandra, provided Paul with every development opportunity available, which has resulted in Paul's great success both academically and athletically. John takes great interest in his children and enjoys their successes as only a dedicated father would.

I have also had the privilege of getting to know John's family over the years. John is a loving son and brother, always available and supportive to his family. They are a very close family, as has been evident throughout these past few difficult months.

In all the years that I have known John, he has always been a hard-working, trustworthy, dependable individual whose priority has been to take care of and provide for his wife and children. His absence from his family will be a true hardship for them on many, many levels.

In closing, I believe that John Melicharek's involvement with the criminal justice system does not truly represent the person I have come to know. I respectfully request that these views of John be considered when addressing the situation that brought him before this Court.

Sincerely,
Marina McPadden

# J. Anthony Equipment Co.

## 4201 So. Clinton Ave.
## South Plainfield, NJ  07080
Phone:(908)-222-1190    Fax:(908)-222-1777

June 20, 2008
RE:  John J. Melicharek

Hon. Judge Shira A. Scheindlin

Dear Judge Scheindlin,

I am writing this on behalf of John J. Melicharek, whose case has recently come before you.  Although John's personal life may have hit a few bumps, his professional life is solid.  He has been working for us as an Ironworker Journeyman out of his home local #45 in Jersey City, NJ on a very important and substantial project.

We are currently reconstructing the Route 139 Interchange where Rt.1 & 9 meets the Holland Tunnel, and John has been with our company for the past 2 months assisting our foreman in the completion of this daunting task.  He has shown up on time each and every day he has been asked to do so, including exhausting and often undesirable weekend hours.  He has done his job to the best of his capacity whenever called upon on this project.  I understand there may be evidence to show you otherwise, but our contention is that John is a punctual, dependable, hard-working employee.

Sincerely,

Robert Anthony
Office Manager
J. Anthony Equipment Co.

RA

An Equal Opportunity Employer
Certified Small Business Enterprise

## *International Association*

PAT DRUM
President

WILLIAM KEARNEY
Recording Secretary

OF BRIDGE, STRUCTURAL, ORNAMENTAL
AND REINFORCING IRON WORKERS, LOCAL NO. 45
Affiliated with A. F. of L.
558 NEWARK AVENUE • JERSEY CITY, N.J. 07306
Phone: 201-653-3365; 201-653-3705

JAMES KEARNEY
Business Representative

JAMES KEARNEY, JR.
Fin. Sec'y & Treasurer



January 9, 2008

Honorable
Shira A. Scheindlin

Your Honor I am writing this letter to you on behalf of John Melicharek who has been working
With us in the Ironworkers forthe past seven or eight years andI personally worked with John
In 2001. I am just writing to tell you that John is a hard worker his attendance was excellent and
A very good all around individual and a help to our industry and where lookingforward to having
Him back working with us as soon as possible. John will always have a Job with us here at the
Ironworkers.

Fraternally yours,

James Kearney Jr

Financial Secretary / Treasurer

The Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street, room 1620
New York, New York 10007

Re:    United States v. John Melicharek

July 13, 2008

Dear Judge Scheindlin,

I write on behalf of the defendant, Mr. John Melicharek. I first met John on the job approximately 4 years ago.  We have worked together on several different job sites involving a variety of different projects.   During our time on the job together, I have always found him to be a hard working and willing partner who would always do whatever was necessary to accomplish the task at hand.   I have grown to enjoy his positive attitude about work and his eagerness to represent the union's work ethic and standards.

After getting to know John as a co-worker, we also developed a friendship outside of the workplace.  John has always been someone I could trust and count on in time of need.   Over the past four years, I have grown to admire him as a loving husband to his wife and a loving father to his two children.

The circumstances surrounding this situation are not representative of the friend I know and count on.  I hope the court will take this letter to heart when handing down a sentence and be as lenient as possible.  John's absence will be a loss to me both as a coworker and a friend and I will be eagerly awaiting his return.

Sincerely,

Thomas J. Gallo

July 16,2008

Hon. Shira A. Scheindlin

I am a Police Officer retired after 25 years at the rank of Sergeant. At the same time
I worked as an iron worker foreman for about 49 years. Mr. John Melicharek worked for
me in the years 2006 and 2007 . He never missed a day on the job, always had a good
work ethic, never caused any problems. He was a pleasure to work with and always
got along well with everyone.

I have also been to social functions with him and his wife. I have also known him to
be very family oriented.

Sincerely

Thomas A. Connors
201-440-2352



# UNITED STATES MARINE CORPS
MILITARY POLICE COMPANY
COMBAT LOGISTIC REGIMENT 27
2D MARINE LOGISTICS GROUP
CAMP LEJEUNE NC 28542


The Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street, room 1620
New York, New York 10007


Re:   <u>United States v. John Melicharek</u>


Dear Judge Scheindlin,

I write on behalf of the defendant, Mr. John Melicharek.

I've had the privilege of knowing Mr. Melicharek from the time I was eight years old. In all the years that I have known Mr. Melicharek, he has always been a productive and responsible individual who works hard to provide and care for his family.

I've always found Mr. Melicharek to be someone I could trust and depend on. I have always known him to be a deeply reliable individual who shows a deep concern for others.

In conclusion, I can represent that Mr.Melicharek's involvement with the criminal justice system is a complete deviation from the person I have come to know. I respectfully request that these thoughts be considered when addressing the circumstances that brought him before this Court.


Respectfully,

Cohn, Daniel E Sgt/USMC

Irene J. Hempel
1321 Radio Road
Tuckerton, NJ 08087


The Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street, room 1620
New York, New York 10007


Re:    United States v. John Melicharek


Dear Judge Scheindlin,

I write on behalf of the defendant, Mr. John Melicharek.

I've had the privilege of knowing Mr. Melicharek for some 20 plus years thru a personal relationship with him and his family. In all the years that I have known Mr. Melicharek, he has always been a friendly, honest, and responsible individual who works hard to provide and care for his family.

I've always found Mr. Melicharek to be someone I could trust and depend on. I have always known him to be a deeply reliable individual who shows a deep concern for others.

In conclusion, I can represent that Mr.Melicharek's involvement with the criminal justice system is a complete deviation from the person I have come to know. I respectfully request that these thoughts be considered when addressing the circumstances that brought him before this Court.


Respectfully,

Irene J. Hempel

August 10, 2008

To Whom It May Concern,

My name is Samantha Rinbrand and I have been a friend of John Melicharek and his family since we became neighbors in 1998. I am a school teacher in Paterson, NJ and live in Glen Rock, NJ across the street from John and his family.

Knowing John and his family, I know that his incarceration will be a hardship, financially and emotional on his entire family. I urge you to consider the least amount of time possible when sentencing John. John is a caring husband, father and friend.

John's relationship with his wife Sandra has always appeared to be especially close and loving. There is no doubt that they enjoy being together. John always plans something special for Sandra's birthday and their anniversary. He shows support for Sandra's career in Special Education. As Sandra works full time and continues with her post-graduate studies, John has worked for the Iron Workers Union and helps out at home by pitching with the housework, laundry, cooking, and being there for the boys. John has also worked with Sandra to maintain and improve their home. They have replaced flooring, doors, patios, bushes, etc., by themselves. Together, they have created a warm, comfortable, family environment.

John is a very caring and involved father. I have been on trips with him and his family to the Statue of Liberty, the NJ Shore, skiing, etc. I have seen him full of laughter playing cards, Pictionary, Scrabble and other board games. He loves and enjoys his family's company as they do his. He has consistently and eagerly attended his sons' sporting and music events. He has cheered loud and positive, showing his pride in his boys. He has attended and supported all activities suggested to help the boys as they grow through the difficult teen years. He has helped host football dinners and plan concerts. He also opens his home to his kids' friends and makes everyone feel welcome.

I have also seen how he cares for his own mother, father, brother and sister. He keeps in close contact, drops everything to help out if someone is in need. He attends all family gatherings and drives hours to take them to the doctor or visit them. He believes in family and is an integral part of his own.

John is also a great friend. He has helped my family by helping my husband with house projects, moving furniture and watching out for our home when we are away. He has played catch and cards with my children, as he has his own, and he even sits with my youngest child to play Thomas the Train. He is a kind, dependable, trustworthy, friend to my entire family. Even under house-arrest he has helped our family out by babysitting my 3 year old when needed.

It will be an extreme hardship on Sandra and the boys to carry on without John's support financially and emotionally. The family will be without a second income at a time when both boys will be attending college within one year. It is likely Sandra will have to relocate and downsize to carry on without John's financial support. This is devastating to her and the boys who have made friends and been part of this community for over ten years. Emotionally, Sandra will have to cope with missing her husband and will be reminded daily of his absence as she will be guiding her boys and attending all

events, both happy and sad, as a single parent. John will be missing his youngest son's senior year of high school. He will miss Paul's Prom, football games, graduation, decisions about and acceptances to college, as well as, all the day to day fatherly support both sons' need during their late teens. His oldest son will miss Johns' emotional support as he commutes to New York each day to attend his first year of college, makes decisions about his career and the many other decisions he will need to make as he strives to become independent.

Johns' incarceration will be devastating to his family. Please consider this as you are sentencing John.

Sincerely,

*Samantha Rinbrand*

Samantha Rinbrand

To Whom It May Concern,                                        August 10, 2008

     My name is Melanie Rinbrand. I am 14 years old. I am a student at the Glen Rock High School.

     I have been neighbors with the Melichareks for 10 years flat this September, since my family moved here when I was five. I have grown close with this family over the years. Their sons Paul and John are like brothers to me, and Sandra and John themselves must be the nicest people I know. It is painful to know that something as bad as John getting put into jail will happen to this family and I ask that this will last as short as possible.

     My little sister is only three years old, and it is the sweetest thing to see him play with her. Whenever we go over to his house he is always watching the three little pigs or playing cars with her. Even if my sister and I are in our front yard, if she sees John she wants to run right over to him.

     He plays with me and my brother too. He taught us how to play many board games. I'll never forget the time when my dad, my brother, and I got a football stuck in a tree. John had had a friend over and they both ran out to help us get it out. It took about an hour of throwing stuff but we got it out. We also went to the Statue of Liberty with John and his family.

     I really hope that John gets minimal time in jail because he and his family are so close and it is depressing to see him ripped away like that. His two teenagers respect him so much and Sandra and he are so happy together. He is so kind and always thinking of others, it is near impossible to believe the charges that have been placed upon him.

     Thank you for taking the time to read this letter.

Sincerely,

*Melanie Rinbrand*

Melanie Rinbrand

Mr. And Mrs. Frank A. Miller
16 Berwyn Place
Glen Rock, New Jersey 07452

July 28, 2008

Re: Mr. John Melicharek

The Honorable Judge Schindler,

This letter is in no way intended to pass judgement on John Melicharek as it pertains to his guilt or innocence. It is, however, meant to present to you the person and character of a man who we personally have known as our friend and neighbor for approximately twelve (12) years.

We cannot say enough about the kindness and respect that John has demonstrated to his neighbors over the years. We have always seen John spending time with his two young sons. He was extremely involved in all of their activities. He and his wife, Sandra, could also be seen attending all of their sons' activities. They both are loving and caring parents who reared two fine young men.

John, the eldest son, has graduated high school and is attending an art school in New York City. Paul, the younger son, is a good student and fine young man who loves sports. There is no doubt that both boys will miss their father and feel his absence in the coming years. His wife, Sandra, is an extremely hard-working woman who loves her family and will do the best she can to support her husband and sons during the trying years ahead.

We are truly concerned with the well-being and future of this family as it pertains to the approaching sentencing date. We would kindly appreciate you taking into consideration the good neighbor and loving family man that we have come to know over the years.

Respectfully Submitted:

_Frank A. Miller_          _Mary Ann Miller_
Frank A. Miller              Mary Ann Miller

## CHARACTER REFERENCE LETTER

**The Honorable Shira A. Scheindlin**
**United States District Judge**
**500 Pearl Street, room 1620**
**New York, New York 10007**

Re:    <u>**United States v. John Melicharek**</u>

**Dear Judge Scheindlin,**

I write on behalf of the defendant, Mr. John Melicharek.

I have known John Melicharek for close to 20 years because he is married to my best friend Sandra. John has been a close family friend for as long as I know him and he is best described as a family man.

John was raised in a family who respects wholesome traditional values and he himself is an excellent father to his two boys, John and Paul who are exemplary examples of respectful, very well-behaved teenagers .

John and Sandra have been married for 18 years and they are an example of what a true marriage should be. They met when they were very young and they love each other and stand by one another at all times. I could not imagine one without the other. The relationship they share is so beautiful and rare.

John really enjoys celebrating Sandra as well as the boys especially on their birthdays and milestones and he cherishes each of them.

John has been a really good friend to me and my family and we cherish the time we share together.

In conclusion, I can represent that John Melicharek's involvement with the criminal justice system is a complete deviation from the person I have come to know. I respectfully request that these thoughts be considered when addressing the circumstances that brought him before this Court.

Sincerely,

*Carmen Damiani-Hacker*

Carmen Damiani-Hacker

<u>CHARACTER REFERENCE LETTER</u>

**The Honorable Shira A. Scheindlin**
**United States District Judge**
**500 Pearl Street, room 1620**
**New York, New York 10007**

Re:    <u>**United States v. John Melicharek**</u>

**Dear Judge Scheindlin,**

I write on behalf of the defendant, Mr. John Melicharek.

I've had the privilege of knowing John for 15 years through my wife, Carmen who is best friends with John's wife, Sandra.

In all the years that I have known John, I have truly come to see what a gentleman he is. He is very caring and sensitive. John has always been a responsible individual who has worked hard to provide for and care for his family.

John is the type of person who is dependable, and always available to help others. If you need something you can count on him. John has always helped me and my family with things like moving or taking us to the airport.

Our families have enjoyed spending time together and John is someone who I can consider a really good person and friend.

In conclusion, I can say that Mr.Melicharek's involvement with the criminal justice system is completely different from the person I have come to know. I respectfully request that these thoughts might be considered when addressing the circumstances that brought him before this Court.

Sincerely,

Scott Hacker

7/16/08

To Whom It May Concern,

My name is Heather Stucke and I work for Bergen County Special Services School District as a Teacher Assistant in a multiply handicapped program for preschool-age children. I am writing this letter to inform you that I have worked closely with Sandra Melicharek in the classroom setting for the past nine years and have developed a working as well as personal relationship with her and her family over the years.

Sandra and John have welcomed me in their home on many occasions including barbeques, family functions, birthday parties, and so on. During this time, I have gotten to know Sandra's husband, John, and their children, John and Paul very well to know that they are all loving, caring, and responsible people that I trust and am very much inspired by. I look forward to having a family like theirs of my own. The way Sandra and John interact with their children encourages love and honesty as well as respect. Not only have I developed a close relationship with Sandra, but I have with John as well. He proves to be a dedicated father and husband as well as an honest and dependable friend. I am pleased to have them both as my close friends and I cherish our relationship.

I look forward to spending more time with Sandra and John in the future as I value their friendship and everything that I learn from the example that they lead.

Sincerely,

Heather Stucke

Heather Stucke

August 11, 2008

Dear Judge Scheindlin,

I have not known John's father for long but it does not take to long to know him. I can say he is an honest, stern, and sticks to his word type of man. John has told me countless stories of his past, all in which include his father. By hearing each and every one of John's stories I could tell what kind of person he really was. He made an everlasting impression on John and still to this day continues to do so. His father, in my eyes, has shown to be a wonderful man and helps both his sons, John and Paul. John Melicharek, one name to remember mainly because of his single and best attribute...his impression on others, as a caring and loving father who has guided both, John and Paul onto the right path.

Sincerely,

Lindsey K. Mirrer

July 15, 2008

To whom it may concern,

I have grown up most of my life with John Melicharek's son John, so I know the family very well and I know what a great father he is. I have watched Mr. Melicharek around both his sons John and Paul and he is an amazing father and also a wonderful husband. Mr. Melicharek has always welcomed me into his home and I always enjoy being there! Mr. Melicharek is such a big part of his family and always there for all of them, I could not imagine their lives without him around all the time.


Sincerely,

Ashley Dour

To whom this may concern,

    I met the Melicharek family when I was in Junior High. Ever since the day I walked into their household I felt very welcome. They would always invite my friends and I in with a friendly hello. Mr. Melicharek would allow us to feel at home when we would spend time at their house. He is a great father to his two sons, him and his wife raised them into great children together. He would support them in many different ways, John, his first son, with his band and Paul, his second son, with his football activities. I am friends with both sons and I have grown to realize how much they love and care about their father. They both look up to him and would love to have their father around to watch them grow as a person.


    Sincerely,

    Caitlin Trentham

To Whom This May Concern:


I have known John's son John Melicharek since grammar school. His father John has always shown love and care towards his children as long as I have known them. He truly is a great father when it comes to education or family matters. Mr. Melicharek has always stood in the crowd of his son's games cheering them on. He has provided the town with great sons and has never shown less of what great boys he and his wife have raised. I hope this letter will show the great love and care Mr. Melicharek has provided his children.


Sincerely,

Rebecca Mazpule

**JAMES A. ROSENBACH**
CERTIFIED PUBLIC ACCOUNTANT

126 VALLEY ROAD
GLEN ROCK, NEW JERSEY 07452
(201) 445-7557
FAX 201-445-7866

July 28, 2008

The Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street, room 1620
New York, New York 10007

Re: United States v. John Melicharek

Dear Judge Scheindlin,

I have been preparing the tax returns for John and Sandra Melicharek for the last three years.

I know that John is a very hard working iron worker and Sandra as a dedicated teacher.

Additionally my wife and I have socialized at the local restaurant in town and found them to be a very loving couple.

I also know that John is a caring father of two boys.

I do not know all the details of the crime that John pleaded guilty to but I ask that you consider some reduction in the sentence you impose.

Respectfully,

7/15/08

Honorable Shira A. Scheindlin
U.S. District Judge

I have known John Melicharek for the past eight years. I have resided in Glen Rock for 45 years.

I got to know John down at the ball fields when his boys were participating in the recreational sport programs. The past couple of football season I saw him helping out at the snack stand during the football games on Saturdays. He was at both the home and away games.

I personally know two of his neighbors, Frank Miller and Cliff Rindbrandt. They both spoke fondly of John as a good neighbor.

If you would like to contact me, I can be reached at work at 201-445-2362 or at home at 201-447-2726.

Respectfully Yours,
Victor J. Quinn

To Whom it May concern:

I am writing this letter on behalf of John Melicharek.

I have known John for most of his life. Having attended many of the same social gatherings, it became known to John that I was involved with the Alcoholics Anonymous Program. Well over a decade ago, John spoke to me several times about wanting to get help. At that time, John began attending AA meetings at Mount Saint Michael School on Murdouch Avenue in the Bronx and he had some success with the program. He received his 90 in 90 Medal which means he attended 90 meetings in 90 days and remained sober during that time. John even spoke at the Salvation Army on Park Avenue in the Bronx on more than one occasion, telling the story of his personal struggle. Since then he has, as we say, come in and out of the rooms – attending on and off. We have spoken at length on the telephone numerous times about our personal experiences with alcohol and the struggles associated with drinking and with staying sober.

It is my opinion that John should be enrolled in an alcoholic treatment program and that participation in such a program would help John to put his life, and as a result his family's life, on a path to a better future.

Sincerely,

7/11/08

Chris McGuire

Honorable Judge
Shira A. Scheindlin

7-13-08

First let me introduce myself.
My name is Frank Frega, I have
been an Ironworker for Ironworker's
Local #45 in Jersey City for 39 years.
I have worked with John Maruchlak
on a number of occasions. I have
found John to be a very good worker.
Always on time, very personable, worked
well with other Ironworker, and other
Tradesmen on diffrent jobs sites.
I also consider John to be a good
friend, and is very well liked by
many of the members of the local.
John also seems to be a very down
to earth type of guy, and good
family man.

Truly yurs
Frank Frega



# St. Catharine R. C. Church

January 15, 2008

To The Honorable Judge Schindler

Your Honor:

   I write in support of John Melicharek's petition to attend Sunday worship at St. Catharine Church in Glen Rock, NJ.  Mr. Melicharek is a registered member of this parish community and along with his wife and two sons is a "practicing" Catholic.

   As you may know, Roman Catholics consider weekly participation in Liturgy a serious obligation.  The usual duration is approximately one hour.  While John struggles through this difficult experience, prayer and worship with his family and parish-family will certainly contribute to a better future.

Very truly yours,

Reverend Dennis J. Cohan
Pastor

905 South Maple Avenue • Glen Rock, New Jersey 07452-2899
201.445.3703 (voice) • 201.670.7149 (fax)
parishoffice@stcatharinechurch.org • www.stcatharinechurch.org